

AUSA Megan Donohue (312) 353-1877

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AURELIO MURILLO-RUEDAS | Case No.: 26CR29<br>Judge Laura K. McNally<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ALEXANDRE SEVRAIN, appearing before United States Magistrate Judge Laura K. McNally by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that AURELIO MURILLO-RUEDAS has been charged by Complaint in the Western District of Texas with the following criminal offense: conspiracy to transport illegal aliens for financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

ALEXANDRE SEVRAIN
Digitally signed by ALEXANDRE C SEVRAIN
Date: 2026.01.22 10:55:36 -07'00'

ALEXANDRE SEVRAIN
Special Agent
Homeland Security
Investigations

SWORN TO AND AFFIRMED by telephone this 22nd day of January, 2026.

Judge Laura K. McNally
United States Magistrate Judge

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Aurelio MURILLO-Ruedas<br><br>*Defendant(s)* | Case No. **EP-26-M-00359-LE** |

**FILED**
January 22, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JW_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 16, 2024-June 18, 2025 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | Conspiracy to transport illegal aliens for financial gain |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Alexandre Sevrain*
*Complainant's signature*

Alexandre Sevrain, Special Agent
*Printed name and title*

Complaint sworn to telephonically on January 22, 2026 at 09:36 AM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Date: 01/22/2026

*LE*
*Judge's signature*

City and state: El Paso, TX

Laura Enriquez, Magistrate Judge
*Printed name and title*

Affidavit

On January 21, 2026, Homeland Security Investigations (HSI) and U.S. Border Patrol (USBP) conducted an immigration enforcement operation in Rockford, IL, resulting in the immigration arrest of Aurelio MURILLO-Ruedas and his partner for being present in the U.S. with no authorization to enter or remain in the U.S.

MURILLO-Ruedas is the subject of a human smuggling investigation in El Paso, TX. On May 1, 2025, HSI and U.S. Border Patrol arrested 26 illegal aliens, three of which were indicted for alien smuggling. One of these defendants' interview and phone consent search revealed communication with an individual identified as "Aurelio" using phone number 720-831-4825. This communication took place from March 19, 2025, to May 1, 2025, and arranged the pick-up of illegal aliens and arrange payment for their smuggling into the U.S. at various locations in El Paso, TX, located in the Western District of Texas. There were approximately 12 smuggling schemes discussed in WhatsApp messages which included proof of life video exchanges and specific meet-ups with other smuggling drivers organized by "Aurelio". "Aurelio" also sent this defendant a video of himself driving in the snow in or near Chicago, IL.

Over approximately five additional, separate alien smuggling schemes that took place in and near El Paso, TX, in 2024 and 2025, interviews with illegal aliens and indicted illegal alien smugglers responsible for transporting illegal aliens revealed smuggling coordination with number 720-831-4825 who was consistently saved under the contact name "Aurelio". Consensual phone searches of these illegal aliens' and alien smugglers' phones further corroborated alien smuggling coordination with "Aurelio" at the aforementioned number. One specific event on November 16, 2024, led to the arrest of an illegal alien foot guide. This foot guide showed law enforcement officers the Facebook page of Aurelio MURLLO-Ruedas who the guide claimed to work for and who was the Aurelio saved in his phone under the aforementioned number.

HSI El Paso-issued cell phone subpoena results for the aforementioned phone number on May 6, 2025, August 29, 2025, and January 12, 2026, revealed the user of the phone as "Aurellio Murillo" with a starting service date of September 22, 2024. During the January 21, 2026, immigration enforcement operation, law enforcement officers approached MURILLO-Ruedas and his partner who fled from them. After a short pursuit, MURILLO-Ruedas surrendered to law enforcement officers and was in possession of a cell phone. Law enforcement officers called the aforementioned number known to be used by MURILLO-Ruedas and the cell phone in MURILLO-Ruedas's possession rang. Post-Miranda statements by MURILLO-Ruedas and his partner confirmed MURILLO-Ruedas's name and his use of the aforementioned number since at least March 2024. MURILLO-Ruedas's partner described his smuggling business and consensually showed law enforcement officer interviewers proof of life videos MURILLO-Ruedas sent her, including proof of life pictures for illegal aliens arrested by HSI and USBP on May 1, 2025. She further claimed he was paid around $6,500-7,000 USD for each migrant before he paid his associates and that he hired guides, pick-up drivers, and stash house caretakers to carry out his alien smuggling operations.

Affidavit

Based on the foregoing, there is probable cause to believe that from November 16, 2024, to June 18, 2025, Aurelio MURILLO-Ruedas conspired to transport illegal aliens for financial gain in violation of 8 U.S.C. 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning the investigation.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

*Alexandre Sevrain*
Alexandre Sevrain, Special Agent

Subscribed and sworn to before me on January 22, 2026

*LE*
Laura Enriquez, United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Aurelio MURILLO-Ruedas | ) Case No. EP-26-M-00359-LE |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Aurelio MURILLO-Ruedas ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) - transporting illegal aliens for financial gain

Warrant sworn to telephonically on
January 22, 2026 at 09:36 AM and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Date: 01/22/2026

*Issuing officer's signature*

City and state: El Paso, TX

Laura Enriquez, Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                   Weight:

Sex:                                      Race:

Hair:                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: